# IN THE UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> HELI USA AIRWAYS, INC., ) <br> ) <br> Defendant. ) <br> ) <br> _____ ) | Civil No. 2:09-CV-01339 KJD PAL <br><br> JUDGMENT |

Pursuant to the Order entered November 14, 2011, IT IS HEREBY ORDERED THAT:

JUDGMENT is entered in favor of the United States of America and against the defendant, Heli USA Airways, pursuant to 26 U.S.C. § 6332(d)(1) in the amount of $50,553.83, plus statutory interest pursuant to 26 U.S.C. §6621, accruing after December 2, 2011; and

JUDGMENT is entered in favor of the United States of America and against the defendant, Heli USA Airways, pursuant to 26 U.S.C. § 6332(d)(2) in the amount of $25,276.91, plus statutory interest pursuant to 26 U.S.C. §6621, accruing after December 2, 2011.

DATED this 1 day of December, 2011.

_____
Kent J. Dawson
United States District Judge

4307152.1

CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of the foregoing proposed JUDGMENT has been made this 30th day of November, 2011, by ECF to:

    Eric Olsen, Esq. at ero@gordonsilver.com

    /s/ Virginia Cronan Lowe
    VIRGINIA CRONAN LOWE
    Trial Attorney, Tax Division
    U.S. Department of Justice